UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLY C. OSUJI,<br>　　　　　　Plaintiff,<br>v.<br>BREAD FINANCIAL PAYMENTS, INC.<br>D/B/A COMENITY BANK,<br>　　　　　　Defendant. | CASE NO. 2:22-cv-01121-WBS-KJN<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUANCE OF SCHEDULING CONFERENCE (L.R. 144)**<br><br>Complaint served: 6/30/2022<br>Prior response date: 7/21/2022<br>New response date: 10/27/2022 |

Pursuant to the stipulation by and between Plaintiff NELLY C. OSUJI ("Plaintiff") and Defendant COMENITY BANK ("Defendant"), through their respective counsel of record, and good cause appearing therefor, the Court orders as follows:

1. Defendant shall have an extension of time up to and including October 27, 2022, within which to respond to Plaintiff's Complaint, and

2. The initial Status Conference currently set for October 24, 2022 shall be continued to January 30, 2023 at 1:30 p.m.  A joint status report shall be filed no later than January 17, 2023 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed June 29, 2022 (Docket No. 3).

**IT IS SO ORDERED.**

Dated:  October 13, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00176248;1}　　　1

ORDER ON JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL COMPLAINT AND
INITIAL SCHEDULING CONFERENCE
CASE NO. 2:21-cv-00162-MCE-KJN